CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 21 2010

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN F. MYERS, | ) |
| Plaintiff, | ) Case No. 7:10CV00020 |
| v. | ) |
| | ) **FINAL ORDER** |
| GENE JOHNSON, ET AL., | ) By: Glen E. Conrad |
| | ) United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

## ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as legally frivolous, any state law claims are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1367(c), and this action is stricken from the active docket of the court.

ENTER: This 21st day of January, 2010.

United States District Judge